UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

        ALL WOOD FURNITURE
        DISCOUNT CENTER, INC.,

                      Debtor.

Chapter 7
Case No.: 18-75413-ast

---------------------------------------------------------------x
ALAN B. MENDELSOHN, Trustee of the Estate of
ALL WOOD FURNITURE DISCOUNT CENTER, INC.,

                      Plaintiff,

    -against-

SETERUS, INC.,

                      Defendant.

Adv. Pro. No.:18-8165-ast

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss:
COUNTY OF SUFFOLK    )

        **EVERLYN MEADE-BRAMBLE**, being duly sworn, deposes and says:

Deponent is not a party to this action, is over 18 years of age and resides at Bronx, New York;

        On the 7th day of December, 2018 deponent served the **SUMMONS IN AN ADVERSARY PROCEEDING and COMPLAINT,** upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by First Class Mail and Certified Mail Return Receipt:

See attached list

                                                     s/Everlyn Meade-Bramble
                                                     Everlyn Meade-Bramble

Sworn to before me this
7th day of December, 2018

s/Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qualified in Suffolk County
Commission Expires September 8, 2022

***Via Certified Mail Return Receipt:***

Seterus, Inc.
Attn: Jay Hamilton Memmot
Chief Executive Officer
14523 SW Millikan Way, Suite 200
Beaverton OR 97005-2352

Seterus, Inc.
Attn: Officer/Owner/Agent/Manager
3039 Cornwallis Road
Bldg 203 Suite AA145
Research Triangle Park NC 27709

Seterus, Inc
Attn: Officer/Owner/Agent/Manager
CT Corporation Systems
111 Eighth Avenue
New York NY 10011-5213

***Via First Class Mail:***

Richard S Feinsilver, Esq.
*Attorneys for All Wood Furniture Discount Center, Inc.*
One Old Country Road, Suite 125
Carle Place, NY 11514-1845

Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza, Room 560
Central Islip, NY 11722-4456